Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DARRELL PRIDY, GREGORY NABORS, MICHAEL SANDERS, and RANDALL ABSTON,** on behalf of themselves and all others similarly situated,<br><br>and<br><br>**LOCAL UNION 702 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRIES,**<br><br>   Plaintiffs,<br><br>v.<br><br>**DUKE ENERGY CORPORATION,**<br><br>   Defendant. | Case No. 3:19-cv-00468<br>District Judge Aleta A. Trauger<br><br>**CLASS ACTION**<br>**JURY DEMAND** |

## PLAINTIFFS' MOTION TO AMEND THE FIRST AMENDED COMPLAINT

Plaintiffs, Darrell Pridy, Gregory Nabors, Michael Sanders, and Randall Abston ("Named Plaintiffs"), on behalf of themselves and all others similarly situated, and Plaintiff Local Union 702 of the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industries ("Local 702") (collectively, "Plaintiffs"), by and through counsel, and pursuant to Fed. R. Civ. P. 15(a)(2), file their Motion to Amend the First Amended Complaint ("Complaint") [Dkt. 7]. A copy of the Plaintiffs' Second Amended Complaint is attached as **Exhibit A**.

Plaintiffs file the instant motion to amend for the purpose of adding Piedmont Natural Gas Company, the signatory to the applicable collective-bargaining agreements, as a party defendant. Plaintiffs also seek to amend the complaint to adding claims and factual allegations substantiating that Defendant Duke Energy Company which acquired Piedmont Gas in 2016 and

1